Richard K. Gustafson, Esq. (SBN 193914)
Legal Helpers, P.C.
233 S. Wacker Drive, Suite 5150
Chicago, IL 60606
Telephone: (866) 339-1156
Facsimile: (312) 822-1064
Email: rkg@legalhelpers.com
Attorneys for Plaintiffs

Linda L. Streeter, Esq. (SBN 105950)
Email: lstreeter@hinshawlaw.com
Gary E. Devlin, Esq. (SBN 210517)
Email: gdevlin@hinshawlaw.com
Amy K. Jensen, Esq. (SBN 226589)
Email: ajensen@hinshawlaw.com
HINSHAW & CULBERTSON LLP
11601 Wilshire Boulevard, Suite 800
Los Angeles, CA 90025
Telephone: (310) 909-8000
Facsimile: (310) 909-8001

Attorneys for Defendant,
GC SERVICES LIMITED PARTNERSHIP

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| GEORGE REED and TREVLYN REED, <br><br> Plaintiffs, <br><br> vs. <br><br> GC SERVICES LIMITED PARTNERSHIP <br><br> Defendant. | Case No. ED CV09-00702 SGL (MANx) <br><br> **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties, through undersigned counsel, stipulate to the dismissal of this matter, on the merits, with prejudice, all parties to bear their own costs and attorneys' fees.

1

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**

31152866v1 900521 46121

| | | |
|---|---|---|
| Dated: November 3, 2009 | LEGAL HELPERS, P.C. | |
| | By: | /s/ Richard K. Gustafson<br>Richard K. Gustafon, Esq.<br>Attorneys for Plaintiffs<br>GEORGE REED and TREVLYN REED |
| Dated: November 3, 2009 | HINSHAW & CULBERTSON LLP | |
| | By: | /s/ Amy K. Jensen<br>Linda L. Streeter<br>Gary E. Devlin<br>Amy K. Jensen<br>Attorneys for Defendant<br>GC SERVICES LIMITED PARTNERSHIP |

2

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**

# CERTIFICATE OF SERVICE

UNITED STATES DISTRICT COURT    )
                                ) ss
CENTRAL DISTRICT OF CALIFORNIA  )

    I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 11601 Wilshire Blvd., Suite 800, Los Angeles, CA 90025.

    On November 3, 2009, I caused the following document(s) described as **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** to be served on the following attorney(s) of record and/or interested parties in this action:

| | |
|---|---|
| Richard K. Gustafson, Esq. (SBN 193914)<br>Legal Helpers, P.C.<br>233 S. Wacker Drive, Suite 5150<br>Chicago, IL 60606<br>Telephone: (866) 339-1156<br>Facsimile: (312) 822-1064<br>Email: rkg@legalhelpers.com<br>Attorneys for Plaintiffs | Attorneys for Plaintiffs<br>GEORGE REED and TREVLYN REED |

    [X]   **BY ELECTRONIC SERVICE:** I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

    [X]   **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court at whose direction this service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on November 3, 2009, at Los Angeles, California.

                                            /s/ Amy K. Jensen, Esq.