# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GEORGE REED and TREVLYN REED, ) | Case No. EDCV09-00702 SGL (MANx) |
| Plaintiffs, ) | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. ) | |
| GC SERVICES LIMITED PARTNERSHIP ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED THAT this proceeding be dismissed with prejudice based on the Stipulation for Dismissal With Prejudice of the parties through their respective counsel, each party to bear his, her or its own fees and costs.

Dated: November 04, 2009        By: _/s/ Virginia A. Phillips_

Hon. Virginia A. Phillips

1

**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**